MANUEL STEMATIADIS, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

This case was decided by the Court En Banc.

Writ of error to the Criminal Court of Record for Hillsborough County.

*R. W. Davis* and *S. T. Fletcher,* for Plaintiff in Error;

*Park Trammell,* Attorney General, for the State.

PER CURIAM.—The plaintiff in error was convicted of an assault with intent to rape a female over the age of ten years and sentenced to a term of twenty years in the State's prison.

The State wholly failed to make out a case of non-consent, and the evidence is unsatisfactory in other respects.

The judgment is reversed.

All concur.